FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SUE SKELTON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | EDCV 13-00934 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order directing the immediate payment of benefits or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED: February 20, 2014

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE